Shayna H. Balch, SBN 024852
FISHER & PHILLIPS LLP
3200 N. Central Avenue, Suite 805
Phoenix, Arizona 85012-2407
Telephone: (602) 281-3400
Fax: (602) 281-3401
sbalch@fisherphillips.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Raymond Cota,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BestDrive, LLC,<br><br>　　　　Defendant. | No. CV-15-02033-PHX-SRB<br><br>**NOTICE OF SETTLEMENT** |

　　　　Plaintiff Raymond Cota and Defendant BestDrive, LLC, by and through their undersigned counsel, and hereby jointly submit this Notice of Settlement to apprise the Court that the parties have reached an agreement to settle this matter and a stipulated notice of dismissal will be filed once the settlement has been finalized.

　　　　RESPECTFULLY SUBMITTED this 15th day of August 2017.

　　　　　　　　　　　　　　　　　　　FISHER & PHILLIPS LLP


　　　　　　　　　　　　　　　　　　　By: *s/*Shayna H. Balch
　　　　　　　　　　　　　　　　　　　　　Shayna H. Balch
　　　　　　　　　　　　　　　　　　　　　FISHER & PHILLIPS LLP
　　　　　　　　　　　　　　　　　　　　　3200 N. Central Avenue, Suite 805
　　　　　　　　　　　　　　　　　　　　　Phoenix, Arizona 85012-2407

FPDOCS 33074067.1

|     |     |
| --- | --- |
| 1   | ROBAINA & KRESIN PLLC |
| 2   |     |
| 3   | By: s/Edmundo Robaina (with permission) |
| 4   |     Edmundo P. Robaina |
|     |     Samuel R. Randall |
| 5   |     One East Camelback Road, Suite 710 |
| 6   |     Phoenix, Arizona 85012 |
|     |     Attorneys for Plaintiffs |

Lines 7–28 (blank)

**FISHER & PHILLIPS LLP**
3200 N. Central Avenue, Suite 805
Phoenix, Arizona 85012-2407
(602) 281-3400

FPDOCS 33074067.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of August 2017 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Edmundo P. Robaina
Samuel R. Randall
ROBAINA & KRESIN PLLC
One East Camelback Road, Suite 710
Phoenix, Arizona 85012
Attorneys for Plaintiffs

  s/ Michelle C. Colwell

**FISHER & PHILLIPS LLP**
3200 N. Central Avenue, Suite 805
Phoenix, Arizona 85012-2407
(602) 281-3400

FPDOCS 33074067.1